CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Fax: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23-CR-00025-CRB |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |
| v. | ) | |
| NICHOLAS THOMAS, | ) | |
| Defendant. | ) | |

The parties respectfully request that the status conference set for February 11, 2026, be continued until March 25, 2026.  Pretrial Services is still evaluating defendant Nicholas Thomas for suitability for Convictions Alternative Program (CAP) Focus.

It is hereby stipulated by and between counsel for the parties that time be excluded under the Speedy Trial Act from February 11, 2026, through March 25, 2026, for effective preparation of counsel. In December 2025, Pretrial Services conducted a preliminary assessment regarding Mr. Thomas's suitability for CAP Focus and requested that Mr. Thomas submit an Individualized Success Plan (ISP). Mr. Thomas is in the process of submitting an ISP to Pretrial Services for approval.  Once Pretrial Services makes a final determination regarding Mr. Thomas's suitability for CAP Focus, the parties will then need a reasonable amount of time to engage in plea negotiations.

Stip. to Continue Status Conference and Exclude Time under STA; [~~Proposed~~] Order
(Case No. 3:23-cr-00025-CRB)

Accordingly, the parties stipulate and agree that time should be excluded from February 11, 2026, through March 25, 2026, under the Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 11, 2026, through March 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Mr. Thomas to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  February 10, 2026

*/s/ Michael G. Lagrama*
MICHAEL G. LAGRAMA
Assistant United States Attorney

DATED:  February 10, 2026

*/s/ Elizabeth M. Falk*
ELIZABETH M. FALK
Assistant Federal Public Defender
Counsel for Defendant Nicholas Thomas

[~~PROPOSED~~] ORDER

Based on the facts set forth in the parties' stipulation and for good cause shown, the status conference set for February 11, 2026, is hereby continued until March 25, 2026.  Based on the facts set forth in the parties' stipulation and for good cause, the Court also finds that failing to exclude time from February 11, 2026, through March 25, 2026, under the Speedy Trial Act would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 11, 2026, through March 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

Stip. to Continue Status Conference and Exclude Time under STA; [~~Proposed~~] Order
(Case No. 3:23-cr-00025-CRB)

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 11, 2026, through March 25, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   February 11, 2026

_____
HON. CHARLES R. BREYER
Senior United States District Judge

Stip. to Continue Status Conference and Exclude Time under STA; [Proposed] Order
(Case No. 3:23-cr-00025-CRB)