CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Fax: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-CR-00025-CRB |
|     Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |
|     v. | |
| NICHOLAS THOMAS, | |
|     Defendant. | |

The parties respectfully request that the status conference set for March 25, 2026 be continued until May 13, 2026. Defendant Nicholas Thomas is still finalizing his Individualized Success Plan for purposes of CAP Focus, and the parties need additional time to reach a plea agreement.

It is also hereby stipulated by and between counsel for the parties that time be excluded under the Speedy Trial Act from March 25, 2026, through May 13, 2026, for effective preparation of counsel. To gain approval for CAP Focus, defendant Nicholas Thomas submitted an Individualized Success Plan to Pretrial Services. In turn, the assigned Pretrial Services officer has reviewed and made recommendations to improve Mr. Thomas' Individualized Success Plan, and thus, it is still being finalized. The parties also need additional time to reach a plea agreement.

Accordingly, the parties stipulate and agree that time should be excluded from March 25, 2026,

Stip. to Continue Status Conference and Exclude Time under STA; [~~Proposed~~] Order
(Case No. 3:23-cr-00025-CRB)

through May 13, 2026, under the Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 25, 2026, through May 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Mr. Thomas to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 18, 2026

/s/ *Michael G. Lagrama*
MICHAEL G. LAGRAMA
Assistant United States Attorney

DATED: March 18, 2026

/s/ *Elizabeth M. Falk*
ELIZABETH M. FALK
Assistant Federal Public Defender
Counsel for Defendant Nicholas Thomas

### [PROPOSED] ORDER

Based on the facts set forth in the parties' stipulation and for good cause shown, the status conference set for March 25, 2026, is hereby continued until May 13, 2026, at 10:00 a.m. Based on the facts set forth in the parties' stipulation and for good cause, the Court also finds that failing to exclude time from March 25, 2026, through May 13, 2026, under the Speedy Trial Act would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 25, 2026, through May 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

Stip. to Continue Status Conference and Exclude Time under STA; [Proposed] Order
(Case No. 3:23-cr-00025-CRB)

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 25, 2026, through May 13, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ___March 19, 2026___

_____
HON. CHARLES R. BREYER
Senior United States District Judge

Stip. to Continue Status Conference and Exclude Time under STA; [~~Proposed~~] Order
(Case No. 3:23-cr-00025-CRB)