CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Fax: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-CR-00025-CRB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER |
| v. | SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |
| NICHOLAS THOMAS, | |
| Defendant. | |

The parties respectfully request that the status conference set for May 14, 2026 be continued until June 10, 2026, at 1:30 p.m., for a change of plea.  The parties need additional time to finalize the tentative plea agreement.

It is also hereby stipulated by and between counsel for the parties that time be excluded under the Speedy Trial Act from May 13, 2026,[1] through June 10, 2026, for effective preparation of counsel.  The government needs additional time to review the tentative plea agreement and, in turn, defense counsel will need additional time to advise her client about the terms of the plea agreement and the consequences of a guilty plea.

---

[1] The latest Speedy Trial Act order applies through May 13, 2026.

Stip. to Continue Status Conference and Exclude Time under STA; [~~Proposed~~] Order
(Case No. 3:23-cr-00025-CRB)

Accordingly, the parties stipulate and agree that time should be excluded from May 13, 2026, through June 10, 2026, under the Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 13, 2026, through June 10, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Mr. Thomas to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        May 12, 2026                    */s/ Michael G. Lagrama*          __
                                              MICHAEL G. LAGRAMA
                                              Assistant United States Attorney


DATED:        May 12, 2026                    */s/ Elizabeth M. Falk*          ___
                                              ELIZABETH M. FALK
                                              Assistant Federal Public Defender
                                              Counsel for Defendant Nicholas Thomas

[~~PROPOSED~~] ORDER

Based on the facts set forth in the parties' stipulation and for good cause shown, the status conference set for May 13, 2026, is hereby continued until June 10, 2026, at 1:30 p.m., for a change of plea.  Based on the facts set forth in the parties' stipulation and for good cause, the Court also finds that failing to exclude time from May 13, 2026, through June 10, 2026, under the Speedy Trial Act would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 13, 2026, through June 10, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

Stip. to Continue Status Conference and Exclude Time under STA; [~~Proposed~~] Order
(Case No. 3:23-cr-00025-CRB)

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 13, 2026, through June 10, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ___May 13, 2026_____

_____
HON. CHARLES R. BREYER
Senior United States District Judge

Stip. to Continue Status Conference and Exclude Time under STA; [Proposed] Order
(Case No. 3:23-cr-00025-CRB)