# ~~PROPOSED~~ ORDER/~~COVER SHEET~~

**TO:** **Honorable Charles R. Breyer**
**Senior U.S. District Judge**

**RE:** **NICHOLAS THOMAS**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **3:23-cr-00025-CRB**

**Date:** **10/13/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Gustavo Rangel | (408) 535-5226 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[XX] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ______ on ______ at ______.
November 5, 2026 at 10:00 a.m. before Judge Breyer located on the 17th floor, courtroom 6.

[XX] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge Charles R. Breyer

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

**A.**
**B.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________

______________________________________________________________

[signature] October 14, 2026

**JUDICIAL OFFICER** **DATE**